In the Matter of the Application of JOHN B. DODDS, Petitioner, for a Peremptory Order of Mandamus against SUTPHIN PARK REALTY CORPORATION, HENRY W. COAD, as Its President, JAY W. PYLE, as Its Treasurer, and WILLIAM G. SMART, as Its Assistant Treasurer, Respondents. SUTPHIN PARK REALTY CORPORATION and WILLIAM G. SMART, as Its Assistant Treasurer, Appellants; JOHN B. DODDS, Respondent.— Petitioner, claiming to be a stockholder, instituted proceedings to examine the books and records of the respondent corporation. The respondents alleged that the petitioner was not a stockholder and further alleged that the application was not made in good faith. An alternative order of mandamus was issued and the questions of fact were tried before the court; and it was found and decreed that the petitioner was a stockholder and was seeking the examination in good faith. Order of peremptory mandamus unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

In the Matter of the Liquidation of NATIONAL TITLE GUARANTY COMPANY. In the Matter of the Application of the MORTGAGE COMMISSION OF THE STATE OF NEW YORK for an Order Directing the Liquidator of National Title Guaranty Company to Turn over Certain Moneys Collected from the Security Underlying Series QT. MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Respondent; NOAH FELLS, Intervenor-Appellant; SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator of the National Title Guaranty Company and Home Title Guaranty Company, Defendants.— Order directing the Home Title Guaranty Company to discontinue the servicing of four mortgages and to account for and turn over to the Mortgage Commission the income collected affirmed, with ten dollars costs and disbursements. The intervenor is not without remedy. If so advised, he may institute an appropriate action to compel the Mortgage Commission to resort to the $30,000 mortgage given by the principal debtor as security for its debt before applying the intervenor's mortgages and the income therefrom to the payment of the debt. Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ., concur.

K. C. REALTY COMPANY OF JAMAICA, INC., Appellant, v. BANK OF THE MANHATTAN COMPANY and/or PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Respondent.— Order of Appellate Term affirming a judgment of the City Court of the City of New York, Borough of Queens, dismissing the complaint after trial, reversed on the law, judgment of the City Court reversed and a new trial ordered, costs to appellant to abide the event. The determination was against the weight of the evidence. The documentary proof seems to indicate that the stock involved herein was not bought by the defendant for the plaintiff. There was a failure of proof of defendant's claim that plaintiff had settled the matter with Madison, or that it had ratified his conduct. Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ., concur.